# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Joe Hand Promotions, Inc.,<br>*Plaintiff*<br>v.<br>Waymores Bar & Grill Corporation, d/b/a Waymores Bar & Grill; Cynthia Cauthen,<br>*Defendant* | )<br>)<br>) Civil Action No.  7:17-cv-01332-MGL<br>)<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ the plaintiff Joe Hand Promotions, Inc. recover from the defendants, Waymores Bar & Grill Corporation and Cynthia Cauthen,, in the amount of Thirty Thousand Dollats, and 00/100 ($30,000.00), plus post-judgment interest at the statutory rate of 1.21%, which shall run from the date of this judgment until such time as this judgment has been fully satisfied, along with attorney's fees in the amount of Fifteen Hundred Dollars and 00/100 ($1,500.00) and costs in the amount of Five Hundred Dollars and 00/100 ($500.00) relating to the prosecution of this matter .

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

❏ other:

This action was *(check one)*:
❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary Geiger Lewis.


Date:    August 17, 2017                                             *ROBIN L. BLUME, CLERK OF COURT*


                                                                    _____
                                                                       s/Ashley Buckingham
                                                                    *Signature of Clerk or Deputy Clerk*